HARRY SPORN and Others, Appellants, v. ROSE ABRAMSON and Others, Defendants, Impleaded with HARRY C. RESNICK and SOUTH FALLSBURGH

NATIONAL BANK, Respondents.— Orders unanimously affirmed, with ten dollars costs in each motion and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.